UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORT AUTHORITY POLICE LIEUTENANTS
BENEVOLENT ASSOCIATION INC. ET AL.,

                                Plaintiffs,

                -v-

CITY OF NEW YORK ET AL.,

                                Defendants.

23 Civ. 560 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 26, 2023, defendants Port Authority of New York and New Jersey, Teresa

Rizzuto, and Anthony Vero (together, "moving defendants") moved for summary judgment,

filing a Rule 56.1 statement, declaration, and memorandum in support. *See* Dkts. 23–26.  They

did so in contravention of the Court's Individual Rules and Practices, which require all parties to

file a pre-motion letter and request a pre-motion conference in advance of moving for summary

judgment.

The Court's practice is to permit plaintiffs to amend their pleadings once as provided

under Federal Rule of Civil Procedure 15(a).  Accordingly, it is hereby ORDERED that plaintiffs

shall file any amended complaint by June 15, 2023.  No further opportunities to amend will

ordinarily be granted.  If plaintiffs elect not to amend their complaint, the Court will treat moving

defendants' motion for summary judgment as a pre-motion letter, and plaintiffs shall file, by

June 15, 2023, a letter in response.  The Court will thereafter convene a pre-motion conference.

If plaintiffs do amend, by July 6, 2023, moving defendants shall: (1) file an answer;

(2) file a pre-motion letter as to any anticipated motion for summary judgment; or (3) file a letter

stating that the Court may treat their already-filed motion for summary judgment as a pre-motion

letter.  The Court will thereafter schedule an initial pretrial conference or pre-motion conference,

as required under the circumstances.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated:  June 1, 2023
      New York, New York