UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORT AUTHORITY POLICE LIEUTENANTS
BENEVOLENT ASSOCIATION INC. ET AL.,

                                        Plaintiffs,

                    -v-

CITY OF NEW YORK ET AL.,

                                        Defendants.

23 Civ. 560 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 21, 2023, the Court held a pre-motion conference in this case. For the reasons stated at the conference, the Court dismisses without prejudice the pending motion for summary judgment, as all parties agree that it would be more sensible for the moving defendants to proceed by filing a motion to dismiss the First Amended Complaint ("FAC") under Federal Rule of Civil Procedure 12(b)(6). Accordingly, the Court sets the following briefing schedule:

- Defendants' combined motion to dismiss due on August 18, 2023;

- Plaintiffs' opposition brief due on September 15, 2023; and

- Defendants' combined reply brief due on September 29, 2023.

The Court adjourns the deadline to answer the FAC until after resolution of the motion to dismiss. The Court respectfully directs the Clerk of Court to terminate the motion pending at docket number 23.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 21, 2023
       New York, New York