**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PORT AUTHORITY POLICE LIEUTENANTS
BENEVOLENT ASSOCIATION INC., ET AL.,

                Plaintiffs,

-against-                              23 **CIVIL** 00560(PAE)

                                                    **JUDGMENT**

CITY OF NEW YORK, ET AL.,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 22, 2024, the Court grants defendants' motion to dismiss for lack of standing. The dismissal is without prejudice to file a new action consistent with Article III standing. Accordingly, the case is closed.

**Dated:**  New York, New York

      February 22, 2024

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

**BY:**
                                                          **Deputy Clerk**